UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:25-CR-00295(1)-ADA |
| | § | |
| (1) PEDRO MIGUEL ROSALES | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 21, 2026, wherein the defendant (1) PEDRO MIGUEL ROSALES waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) PEDRO MIGUEL ROSALES to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) PEDRO MIGUEL ROSALES' plea of guilty to Count One (1) is accepted.

Signed this 3rd day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE